


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00403-TLN |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| ALEKSANDER RANDJELOVICH, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALEKSANDER RANDJELOVICH , Case No.  2:13-cr-00403-TLN  from custody for the following reasons:

    \_\_\_\_\_   Release on Personal Recognizance

     X    Bail Posted in the Sum of $ _____

         X    Unsecured Appearance Bond $  100,000.00

        \_\_\_\_\_   Appearance Bond with 10% Deposit

        \_\_\_\_\_   Appearance Bond with Surety

        \_\_\_\_\_   Corporate Surety Bail Bond

        \_\_\_\_\_   (Other):  Co-signed by defendant's farther Lune

         X    Randjelovich. Defendant to be released to the custody of Pretrial Services on 2/7/2014 at 9:00 AM.

Issued at Sacramento, California on February 6, 2014.

By: _____

Magistrate Judge Kendall J. Newman