**Michael J. Aye, SBN 86288**
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
Telephone (916) 447-1278

ATTORNEY FOR DEFENDANT
Aleksander Randjelovich

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-cr-00403-TLN |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | FOR MODIFICATION OF |
| | ) | CONDITIONS OF |
| Aleksander Randjelovich, | ) | PRE-TRIAL RELEASE |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed by and between the parties hereto, and not objected to by pre-trial services, that Defendant, Aleksander Randjelovich's conditions of pre-trial release be modified so that the enumerated conditions of release be as follows:

Condition 16 - You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer. However, your father, Lune Randejelovich, may have internet access at the residence, which must be password protected.

Condition 17 - You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer. However, your father, Lune

**Stipulation and Order Modifying**
**Conditions of Pre-Trial Release**

Randejelovich may have one Dell Laptop at the residence, which must be password protected and kept in his locked office and the defendant will not have any access to the office.

Condition 20 - You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor, with the exception of your nieces and nephews which must remain under the direct supervision of Mr. Lune and Mrs. Mirjana Randjelovich at all times.

It is further stipulated and agreed all other conditions of pre-trial release, except for Conditions 16, 17 and 20 shall remain in full force and effect unless otherwise ordered by this court and that these conditions allow for Aleksandar Randjelovich to reside with his parents, Lune and Mirjana Randjelovich's, whose home is located at 7126 Sunset Avenue in Fair Oaks, CA. With the imposition of these conditions pretrial services has no objection to the proposed move.

Dated: 3/11/2014

Michael J. Aye /S/
_____
Michael J. Aye, Attorney for
Defendant, Aleksander Randjelovich

Date: 3/11/2014

Kyle Reardon /S/
_____
Kyle Reardon, AUSA, Attorney for
Plaintiff, United States of America

/////

/////

/////

/////

_____
**Stipulation and Order Modifying
Conditions of Pre-Trial Release**

- 2 -

1

**ORDER**

2

   For  Good  Cause  Shown,  it  is  hereby  ORDERED  as  hereinabove

3

4

set forth.

5

6

Dated:  March 11, 2014

7

_____

Dad1.crim

8

Randjelovich0403.stipo.modify.cor

DALE A. DROZD

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____

**Stipulation and Order Modifying**
**Conditions of Pre-Trial Release**