BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00403 TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| ALEKSANDER RANDJELOVICH, | **FROM APRIL 3, 2014, TO MAY 8, 2014** |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 3, 2014.

2. By this stipulation, the parties now move to continue the status conference until May 8, 2014, at 9:30 a.m., and to exclude time between April 3, 2014, and May 8, 2014 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes a significant amount of computer evidence.  Some of this discovery has been

1 provided, or has been made available to the defense for review.

2       b.  Counsel for the defendant is unable to devote the time necessary to review of the evidence because of other duties.  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c.  The government does not object to the continuance.

      d.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of April 3, 2014 to May 8, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 31, 2014                      Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                  By:   */s/ Kyle Reardon*
                                            KYLE REARDON
                                            Assistant U.S. Attorney

Dated: March 31, 2014                      */s/ Kyle Reardon* for
                                            MICHAEL AYE
                                            Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEKSANDER RANDJELOVICH,<br><br>　　　　Defendant. | CASE NO.  2:13-CR-00404 TLN<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM APRIL 3, 2014, UNTIL MAY 8, 2014** |

　　　The parties' stipulation is approved and so ordered.  The time beginning April 3, 2014, until May 8, 2014, is excluded from the calculation of time under the Speedy Trial Act.  For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: March 31, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge