**Michael J. Aye**, SBN 86288
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
Telephone (916) 447-1278

ATTORNEY FOR DEFENDANT
Aleksander Randjelovich

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-cr-00403-TLN |
| | ) | |
| PLAINTIFF, | ) | STIPULATION AND ORDER |
| | ) | COUNTIUING STATUS |
| v. | ) | CONFRENCE FROM MAY 8, 2014 |
| | ) | TO JUNE 5, 2014 |
| ALEKSANDER RANDJELOVICH, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 8, 2014.

2. By this stipulation, the parties now moves to continue the status conference until June 5, 2014, at 9:30 a.m, and to

_____
**Stipulation and Order To Continue Status**
- 1 -

exclude time between May 8, 2014, and June 5, 2014 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case includes a significant amount of computer evidence. This discovery has been provided, or has been made available to the defense for review.

    b. Counsel for the defendant is still in the process of analyzing the evidence and has requested further information concerning the government's interpretation of the evidence. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. The parties are currently discussing settlement possibilities in this case which have not concluded and which revolve around additional information concerning the heretofore discovered electronic evidence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the

interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of May 8, 2014 to June 5, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: 5/6/2014

                          ____/S/ Michael J. Aye_____
                          Michael J. Aye, Attorney for
                          Defendant, Aleksander Randjelovich

Date: 5/6/2014

                          ____/S/ Kyle Reardon_____
                          Kyle Reardon, AUSA, Attorney for
                          Plaintiff, United States of America

_____
**Stipulation and Order To Continue Status**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-cr-00403-TLN |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | ORDER COUNTIUING STATUS |
| v. | ) | CONFRENCE FROM MAY 8, 2014 |
| | ) | TO JUNE 5, 2014 |
| ALEKSANDER RANDJELOVICH, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |
| _____ | ) | |

The parties' stipulation is approved and so ordered. The time beginning May 8, 2014, until June 5, 2014, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C.§ 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.18 U.S.C. § 3161(h)(7)(A).

Dated: May 6, 2014

_____
Troy L. Nunley
United States District Judge

**Stipulation and Order To Continue Status**

- 4 -