BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEKSANDER RANDJELOVICH,<br><br>　　　　Defendant. | 2:13-CR-00403-TLN<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on or about July 25, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Aleksander Randjelovich forfeiting to the United States the following property:

　　a. one Gateway laptop computer, serial number 0027097096;
　　b. one beige CPU seized from the defendant's residence on November 13, 2012;
　　c. one Corsair 1GB thumb drive seized from the defendant's residence on November 13, 2012;
　　d. one green and silver 2GB thumb drive seized from the defendant's residence on November 13, 2012;
　　e. one 4GB SD card seized from the defendant's residence on November 13, 2012;
　　f. one Seagate 10GB external hard drive, serial number 5EG1XHAT;
　　g. one Seagate 15 GB external hard drive, serial number 3CWDFC4G; and
　　h. one Western Digital 40GB external hard drive, serial number WCAATF965139.

Final Order of Forfeiture

AND WHEREAS, beginning on July 31, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Aleksander Randjelovich.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 2nd day of February, 2015.

_____
Troy L. Nunley
United States District Judge