BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>          v.<br><br>ALEKSANDER RANDJELOVICH,<br><br>                       Defendant. | CASE NO. 2:13-CR-403 TLN<br><br>STIPULATION AND ORDER TO RESCHEDULE RESTITUTION HEARING<br><br>DATE: March 12, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a restitution hearing on March 12, 2015.

2.  By this stipulation, the parties now move to continue the hearing until April 23, 2015, or as soon thereafter as the matter may be heard.

3.  The parties stipulate to the following:

    a)  The government has received two requests for restitution from victims in this case that include psychological reports and set forth certain itemized costs, which must be evaluated in light of the Supreme Court decision in *Paroline v. United States*, 134 S.Ct. 1710 (2014).

    b)  The parties are still in the process of analyzing the requests and working toward a restitution amount that is agreeable to both parties and to the victims in this case. The

government acknowledges the defendant's concerns related to the accuracy of some of the sources of information outlined in the two requests.

    c)    The government has maintained regular contact with the original case agent regarding potential evidence that may assist the Court and the parties in making a restitution determination.

    d)    The parties agree that a reasonable continuance to properly determine the amount of restitution would not be prejudicial to the defendant. *See United States v. Moreland*, 622 F.3d 1147, 1163 (9th Cir. 2010).

For these reasons, the parties ask the Court to continue the hearing in this case to April 23, 2015, or as soon thereafter as it may be placed on the Court's criminal calendar.

IT IS SO STIPULATED.

Dated:  March 2, 2015                                BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      /s/ *Josh F. Sigal*
                                                      JOSH F. SIGAL
                                                      Assistant United States Attorney

Dated:  March 2, 2015                                /s/ *Josh F. Sigal* for
                                                      MICHAEL J. AYE
                                                      Counsel for Defendant
                                                      Aleksander Randjelovich

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of March, 2015.

                                                      Troy L. Nunley
                                                    United States District Judge